*Mr. Walter B. Grant* for petitioner. *Mr. Edmund L. Jones* for respondents.

No. 652. T. W. WARNER CO. *v.* ANDREWS ET AL. February 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Eli J. Blair* for petitioner. *Messrs. Abraham M. Lowenthal* and *Allan C. Rowe* for respondents.

No. 654. RALPH A. FREUNDLICH, INC. ET AL. *v.* FLEISCHER STUDIOS, INC. ET AL. February 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Max Shlivek* for petitioners. *Mr. Louis Nizer* for respondents.

No. 721. MINCHELLA *v.* DOELL, WARDEN. March 4, 1935. Petition for writ of certiorari to the Supreme Court of Michigan, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles Minchella, pro se.* No appearance for respondent.

No. 642. VIEAU ET AL. *v.* SYRACUSE WASHING MACHINE CORP. ET AL. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Victor Levine* for petitioners. *Mr. John F. Neary* for respondents.

No. 645. FIRST NATIONAL BANK OF BEAVER FALLS *v.* UNITED STATES. March 4, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John E.*